IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 13-157 |
| | ) | |
| RICHARD CRUSE | ) | |
| KEVIN SCOTT RUCKER. | ) | |

PRELIMINARY ORDER OF CRIMINAL FORFEITURE
AGAINST RICHARD CRUSE

AND NOW, this __18th__ day of __February__, 2014, upon consideration of the United States' Motion for Preliminary Order of Criminal Forfeiture Against Richard Cruse, it is hereby ORDERED that the motion is GRANTED, and that:

1. All right, title and interest of Richard Cruse in the following property are forfeited to the United States for disposition in accordance with federal law pursuant to 21 U.S.C. § 853(a)(2) and 28 U.S.C. § 2461(c):   $31,020.00 in United States Currency.

2. This Order of Forfeiture Against Richard Cruse will be made part of the criminal judgment against Richard Cruse and incorporated into his sentence pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

3. The Court will adjudicate all third-party claims.

_Maurice B. Cohill, Jr._
United States District Court Judge